Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM LAMBERT and DEBORAH LAMBERT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BENEFICIAL MORTGAGE CORPORATION, a Delaware Corporation; TRANSUNION, LLC, a Delaware Limited Liability Company; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Corporation,<br><br>Defendants. | Cause No. C05-5468RBL<br><br>[PROPOSED]<br><br>ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF DISCOVERY AND MINUTE ORDER DEADLINES |

For good cause shown, IT IS HEREBY ORDERED that the Joint Motion for Continuance is hereby granted and that the Minute Order Setting Trial dated July 20, 2006 shall be amended to continue the discovery cutoff an additional ninety (90) days for the purpose of obtaining discovery from the following individuals:

    a.    Mrs. Lambert's treating physician during the time period of 2003 to the present;

    b.    Mr. Joe Breedlove;

    c.    Mr. and Mrs. Ken and Connie VanEgdon;

    d.    Mr. Scott Horner;

1   e.  Mr. Frank Gallimore; and

2   f.  Mr. Aaron Lambert.

3   All other pretrial dates and the trial date shall be continued to a date convenient with the

4   Court's trial calendar.

_____
United States District Court Judge Ronald B. Leighton

Dated: October 19th, 2006

ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF
DISCOVERY AND MINUTE ORDER DEADLINES - 2

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1300
SEATTLE, WASHINGTON 98101-1801
206/622.5306 FAX:206/622.0354