THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM LAMBERT and DEBORAH LAMBERT,<br><br>Plaintiffs,<br><br>vs.<br><br>BENEFICIAL MORTGAGE CORPORATION, a Delaware Corporation; TRANS UNION, LLC, a Delaware Limited Liability Company; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Corporation,<br><br>Defendants. | Case No. 3:05-cv-05468-RBL<br><br>[PROPOSED]<br><br>ORDER GRANTING JOINT MOTION OF DEFENDANTS TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES LLC TO CONTINUE TRIAL AND RELATED DATES |

For good cause, IT IS HEREBY ORDERED that the Joint Motion of Defendants Trans Union LLC and Equifax Information Services LLC to continue the trial and related dates for 60-90 days is hereby granted and that the Minute Order Setting Trial dated October 19, 2006 shall be amended to continue the trial ~~and related pretrial dates for 60-90 days~~. To October 22, 2007 @ 9:30 am. Clerk to issue a new scheduling Order.

DATED: ~~April~~ May 1, 2007

_____
THE HONORABLE RONALD B. LEIGHTON
United States District Court Judge

531178.1

[PROPOSED] ORDER GRANTING JOINT MOTION OF DEFENDANTS TO CONTINUE TRIAL AND RELATED DATES